| | |
|---|---|
| RICKY BUNCH, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> LARRY FUENTES, *et al.* ) <br> ) <br> *Defendants*. ) | Case No. 3:22-cv-364 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Debra C. Poplin |

## JUDGMENT ORDER

For the reasons stated in the contemporaneously filed memorandum opinion, this case is **REMANDED** to the Circuit Court for Campbell County, Tennessee. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT